# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2032

_____

United States of America

*Plaintiff - Appellee*

v.

Matthew Noel Hutchings

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: April 30, 2026
Filed: May 5, 2026
[Unpublished]

_____

Before GRUENDER, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Matthew Hutchings appeals the sentence the district court[1] imposed after he pled guilty to a tax offense. He challenges his sentence as substantively unreasonable.

Upon careful review, we conclude the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (abuse of discretion review); *see also United States v. Mangum*, 625 F.3d 466, 469-70 (8th Cir. 2010) (upward variance is reasonable where court makes individualized assessment based on facts presented). Accordingly, we affirm.

_____

[1]The Honorable Timothy L. Brooks, Chief Judge, United States District Court for the Western District of Arkansas.